08/16/2020
Christopher Banks
#BL7038



FILED

AUG 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Hello Clerk of the Court,

I'm writing to inform you and the U.S. Courthouse of a situation that, I believe, needs to be clarified and adhered to. Notification of a detainer was received from U.S. Marshall Northern District, who filed the detainer on April 14, 2020 (warrant number is 16CR00229). Their address is (1301 Clay Street, Oakland, California 94612-5217). My reaction was to fill out and send two Revocation of Probation forms in regards to Penal Code Section 1203.2a, which I did around April 26, 2020 and May 17, 2020 to U.S. Marshall Northern District. Then I sent out a letter to them (U.S. Marshall N.D.) around July 28, 2020 in order to follow up on the matter of the detainer.



No response in the form of a letter or notice has been received from U.S. Marshall Northern District since my mailing out of those forms and letter. Of course no visitation has occured either, due to the COVID-19 virus. My hope is that yourself and the U.S. Courthouse may and/or will be able to assist in this situation. According to Penal Code 1203.2a, enough time has been alloted that the court should be deprived of jurisdiction over the defendant (myself) after having been notified of the prison commitment by the assigned probation officer. Also, the probation officer, after being notified of the prison confinement by the defendant, must report this information to the Court which released the defendant on probation within 30 days of notification. Please help in giving clarification

Case 4:16-cr-00229-PJH   Document 30   Filed 08/18/20   Page 2 of 3

as to what action(s) that will be issued in response to this information. Please respond back to me as soon as you and the U.S. Courthouse are able to.

Sincerely,
Christopher Banks

Christopher Banks
#BL7038
San Quentin State Prison
San Quentin, CA 94974

Ronald V. Dellums Bldg & U.S. Courthouse
1301 Clay Street
Suite 400 S
Oakland, CA 94612