IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER BANKS,<br><br>    Defendant. | Case No.: CR 16–00229 PJH (NC)<br><br>**ORDER RE: RELEASING DEFENDANT CHRISTOPHER BANKS FROM CUSTODY ON THURSDAY, OCTOBER 14, 2021 NO LATER THAN 8:00 AM** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant CHRISTOPHER BANKS, whose is being housed at Alameda County - Santa Rita Jail and whose prisoner file number is #ULZ462, be released from the custody of the United States Marshal on Thursday, October 14, 2021, by no later than 8:00 am.

IT IS FURTHER ORDERED that upon release, Mr. Banks shall immediately report to the GeoCare's residential re-entry center located at 111 Taylor Street, San Francisco, CA, 94102, where he shall reside for a period of up to 180 days, at the direction of his United States probation officer Nicole Brown, and shall comply with the rules of that facility.

IT IS SO ORDERED.

October 13, 2021
Dated

HON. _____ COUSINS
United _____ Judge

*[GRANTED stamp - Judge Nathanael M. Cousins, United States District Court, Northern District of California]*

cc: Oak USMS

RELEASE ORDER
*BANKS*, CR 16–00229 PJH (NC)